BERNARD THOMAS *v.* COMMISSIONER OF CORRECTION (12463)

LAVERY, LANDAU and HENNESSY, Js.

Argued September 20—decision released October 11, 1994

*Denise Ansell,* special public defender, for the appellant (petitioner).

*Leon F. Dalbec, Jr.,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *John Dropick,* assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.